IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02996

JACK MILLER

        Plaintiff,

v.

MEDICREDIT, INC.

        Defendant.

**Arapahoe County Court Case No. 14C48496**

---

## NOTICE OF REMOVAL

---

Defendant Medicredit, Inc. ("Medicredit") timely files this *Notice of Removal* pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removing this action from County Court for the County of Denver, State of Colorado, to the United States District Court for the District of Colorado, and in support of this Notice, states as follows:

1. On October 17, 2014, Plaintiff Jack Miller filed a *Complaint Under Simplified Civil Procedure* (hereinafter "*Complaint*") against Defendant Medicredit in County Court for the County of Arapahoe, State of Colorado (the "State Court"). The *Complaint* contains a claim alleging a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint is attached as **Exhibit A**; a copy of the County Court Summons is attached as **Exhibit B**; and a copy of the Affidavit of Service on Medicredit, Inc. is attached as **Exhibit C**.

2. Miller served Medicredit with the summons on October 17, 2014. Accordingly, Medicredit timely files this Notice within the 30-day limit established by § 1446(b)(1).

3. The United States District Court for the District of Colorado has original jurisdiction over this matter under 28 U.S.C. § 1331 because Millers' well-plead *Complaint* implicates the Court's federal question jurisdiction, specifically the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692. (See **Ex. A**., Complt. at ¶¶ 2, 7, 8, 11, 17, 36, 41, 46, 56, 61,73, 75, 92, 96, 98, 99.)

4. Removal to the United States District Court for the District of Colorado is proper under 28 U.S.C. § 1441(a), which provides that any civil action brought in a County and/or State Court where the District Courts of the United States have original jurisdiction is removable to the Division of the United States District Court embracing the place where such action is pending.

5. Accordingly, this Court has subject matter jurisdiction over this action, and this case is properly removed to this Court.

6. Medicredit has filed a *Notice of Filing of the Notice of Removal* with the County Court for the County of Arapahoe.

**WHEREFORE**, Defendant Medicredit, Inc. gives notice that the above-entitled action is removed and transferred forthwith from the County Court for the County of Arapahoe, State of Colorado to the United States District for the District of Colorado.

Dated:  November 4, 2014.

               LATHROP & GAGE LLP

               s/ *Leah E. Capritta*
               Leah E. Capritta
               Thomas D. Leland
               950 17th Street, Suite 2400
               Denver, Colorado 80202
               Telephone:	720-931-3200
               Fax:	720-931-3201
               Email:	lcapritta@lathropgage.com
               Email:	tleland@lathropgage.com

               *Attorneys for Defendant Medicredit, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 4, 2014, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David M. Larson
88 Inverness Circle East, Suite WE102
Englewood, CO 80112
*Attorneys for Plaintiff*

Clerk of the Arapahoe County District Court
1790 W. Littleton Blvd.
Littleton, CO 80120

            s/ *Mary McNichols*
            Mary McNichols
            Legal Administrative Assistant